FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2018 DEC 10 PM 2:45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

JEAN VOGEL,

    Plaintiff,

vs.

FEDERAL EMERGENCY
MANAGEMENT AGENCY
OF THE UNITED STATES
OF AMERICA,

    Defendant.

_____/

CASE NO.:

2:18-cv-805-Ftm-99CM

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, JEAN VOGEL, sues Defendant, FEDERAL EMERGENCY

MANAGEMENT AGENCY OF THE UNITED STATES OF AMERICA,

(hereinafter referred to as "FEMA"), and alleges:

### **JURISDICTION AND VENUE**

1.    This is an action for damages in excess of seventy-five

thousand dollars ($75,000.00).

2.    Plaintiff, JEAN VOGEL, at all material times, was an

individual who resided in Lee County, Florida.

3.     Defendant, FEMA, at all material times, was an agency of the United States Department of Homeland Security, a cabinet department of the United States Government.

4.     Venue is proper in Lee County Florida as the events giving rise to the causes of action set forth herein occurred in Lee County, Florida.

## GENERAL ALLEGATIONS

5.     On or about November 2, 2017, Jerry Sasamoto operated the subject motor vehicle near Bell Tower Drive and Daniels Parkway in Lee County, Florida.

6.     At that time and place, Jerry Sasamoto operated the subject motor vehicle with the consent of Defendant, FEMA.

7.     Jerry Sasamoto, at all material times, owed Plaintiff, JEAN VOGEL, a duty to exercise reasonable care in the operation and/or maintenance of the subject vehicle.

8.     At that time and place, Jerry Sasamoto, negligently operated or maintained the subject motor vehicle so that it collided with Plaintiff's motor vehicle.

9.     At that time and place, Jerry Sasamoto drove carelessly by causing the front of the subject vehicle he was driving to collide with the

rear of Plaintiff's motor vehicle.  Jerry Sasamoto was cited for careless driving in violation of Florida Statute §316.1925.

10.    As a result, Plaintiff, JEAN VOGEL, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

11.    Plaintiff complied with all required conditions precedent before bringing forth this Complaint.  Attached hereto as Exhibit "A" is Plaintiff's pre-suit FEMA Claim for Damage, Injury, or Death.

## COUNT I – NEGLIGENCE RESPONDEAT SUPERIOR
### (JEAN VOGEL v. FEMA)

12.    Plaintiff realleges the General Allegations as though set forth in full herein.

13.    Jerry Sasamoto, at all material times, was working for and employed by Defendant, FEMA.

14.    Jerry Sasamoto, at all material times, was operating the subject motor vehicle within the scope and course of his employment for the benefit of Defendant, FEMA.

15.    Defendant, FEMA, is vicariously liable for the negligence of Jerry Sasamoto pursuant to the doctrine of respondeat superior.

WHEREFORE Plaintiff, JEAN VOGEL, demands judgment against Defendant, FEMA, for damages plus costs of this action, prejudgment interest, and any further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all issues so triable on this _6_ day of December 2018.

By: _____

**Benjamin D. Lusk, Esquire**
Florida Bar No. 118789
Lusk, Drasites & Tolisano, P.A.
202 Del Prado Blvd. S.
Cape Coral, Florida 33990
Telephone: (239) 574-7442
Email: BLusk@LDTlaw.com
Email: Stephanie@LDTlaw.com



# ATTACHMENT(S)

# <u>NOT</u>

# SCANNED

___ Exceeds scanner's page limits
___ Physical exhibit prevents scanning
X Other: EXhibits  - CoNTAiNS PERsoNAl IdeNtiFiER

## **PLEASE REFER TO COURT FILE**